AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

FID 11790463

**RECEIVED**

By USMS  District of Columbia District Court at 6:59 pm, Apr 09, 202!

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:25-mj-00059 |
| Isaiah Zachariah Hall | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/9/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Isaiah Zachariah Hall                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. §§ 2252(a)(2) (Receipt of Child Pornography).

Date:     04/09/2025

_____
*Issuing officer's signature*

City and state:     Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/09/2025 , and the person was arrested on *(date)* 04/11/2025 at *(city and state)* Washington DC . |
| Date: 4/11/25 |

_____
*Arresting officer's signature*

Ashley Roberts / SA
*Printed name and title*